ROYAL INDEMNITY COMPANY, Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Argued January 21, 1936; decided March 3, 1936.)

*William E. Lyons* and *Barnett Cohen* for appellant.
*Louis P. Galli* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and FINCH, J.